# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| SHUNEAL O. MATHIS | * | CIVIL ACTION NO. 3:19-CV-00097 SECTION P |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| STATE OF LOUISIANA | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended therein is warranted

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, [Doc. No. 1], is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as time barred under 28 U.S.C. § 2244(d).

Monroe, Louisiana, this 5th day of April, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE